Kerry W. Kircher, General Counsel (D.C. Bar 386816), Kerry.Kircher@mail.house.gov
William Pittard, Deputy General Counsel (D.C. Bar 482949), William.Pittard@mail.house.gov
Isaac B. Rosenberg, Assistant Counsel (D.C. Bar 998900), Isaac.Rosenberg@mail.house.gov
Sarah E. Clouse, Staff Attorney (MA Bar 688187), Sarah.Clouse@mail.house.gov

OFFICE OF GENERAL COUNSEL[*]
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
202-225-9700 (telephone)
202-226-1360 (facsimile)

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 APR 29 AM 11 34

STEPHAN HARRIS, CLERK
CHEYENNE

*Counsel for Respondent the Honorable Cynthia Lummis,
U.S. Representative for Wyoming*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JACQUELINE S. JUDD,<br><br>      Petitioner,<br><br>v.<br><br>CYNTHIA LUMMIS,<br>U.S. Representative for Wyoming,<br><br>      Respondent. | Case No. 15-CV-64-S |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1442 and 1446, Respondent the Honorable Cynthia Lummis, U.S. Representative for Wyoming, hereby removes this action from the District Court of the 7th Judicial District, Natrona County, Wyoming ("7th Judicial District"), where it originally was filed, to the U.S. District Court for the District of Wyoming. Petitioner Jacqueline Judd filed the pleading giving rise to this removal petition in the 7th Judicial District on March 20, 2015, and a

---

[*] Attorneys for the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571(a).

copy of the pleading was hand-delivered to Congresswoman Lummis's district office in Cheyenne on April 9, 2015.

Removal is appropriate pursuant to 28 U.S.C. § 1442(a), inasmuch as (i) Congresswoman Lummis is being sued in her official capacity for alleged acts or omissions under color of her office as a Member of Congress, and (ii) the Congresswoman can raise a colorable federal defense to the claims asserted, including her absolute immunity from suit pursuant to the Speech or Debate Clause of the U.S. Constitution, art. I, § 6, cl. 1. *See, e.g., Jones v. Bass*, 343 F. Supp. 2d 1066, 1071 (D. Wyo. 2004) (holding that § 1442(a) removal from state court appropriate where complaint named defendant employee of Internal Revenue Service in his official capacity).

Copies of the following, which constitute all filings with the 7th Judicial District of which we are aware, are attached:

- Petition for Writ of Mandamus, Declaratory Judgment, and Permanent Injunction, *Wyoming's Voice, LLC ex rel. Jacqueline S. Judd v. Wyoming House of Representative Cynthia Lummis*, No. 099042 (7th Judicial Dist. Ct., Natrona Cnty., Wyo.) (Mar. 20, 2015), attached as Exhibit A.

- Case information screen (Mar. 20, 2015), attached as Exhibit B.

- "Precipe" (seeking a summons) (Apr. 1, 2015), attached as Exhibit C.

- Summons (issued Apr. 1, 2015; served Apr. 9, 2015; returned Apr. 13, 2015), attached as Exhibit D.

- Motion for an Order to Show Cause (Apr. 13, 2015), attached as Exhibit E.

- Affidavit in Support of Order to Show Cause (Apr. 13, 2015), attached as Exhibit F.

- Order Denying Motion for an Order to Show Cause (Apr. 17, 2015), attached as Exhibit G.

Simultaneously with the filing of this Notice of Removal with this Court, a copy of this Notice of Removal also is being lodged with the clerk of the 7th Judicial District. *See* Local Civ. R. 81.1

Respectfully submitted,

KERRY W. KIRCHER, D.C. Bar No. 386816
General Counsel
WILLIAM PITTARD, D.C. Bar No. 482949
Deputy General Counsel
/s/ Isaac B. Rosenberg
ISAAC B. ROSENBERG, D.C. Bar No. 998900
Assistant Counsel

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Phone: (202) 225-9700
Fax:    (202) 226-1360
Isaac.Rosenberg@mail.house.gov

*Counsel for Respondent the Honorable Cynthia Lummis, U.S. Representative for Wyoming*

April 29, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2015, I filed the foregoing Notice of Removal with the Clerk of the Court for the U.S. District Court for the District of Wyoming by Federal Express overnight delivery. I further certify that I served one copy by first class mail, postage prepaid, on:

Ms. Jacqueline S. Judd
155 North Fenway Street
Casper, WY  82601

_/s/ Sarah E. Clouse_
Sarah E. Clouse