

*Judicial District*

**Seventh ~~Circuit~~ Court of Natrona County, Wyoming**
**115 N Center St.**
**Casper, Wyoming 82601**
**(307) 235-9266**

FILED

MAR 2 0 2015

Gen Tuma Clerk of District Court

By: _____ Deputy

| | | |
|---|---|---|
| Ex Parte   Wyoming's Voice, LLC | ) | |
| **Petitioner** | ) | |
| | ) | |
| RE:   Jacqueline S Judd | ) | Case No. 099042 |
| **Plaintiff** | ) | |
| | ) | |
| v.  Wyoming House of Representative Cynthia Lummis | | |
| **Defendant** | ) | |

## PETITION FOR WRIT OF MANDAMUS, DECLARATORY JUDGMENT, AND PERMANENT INJUNCTION

Comes now _The Citizens of the State of Wyoming_ petitions the above-named Court for a writ of mandamus to _the Defendant, House of Representative Cynthia Lummis_ of __Wyoming House of Representative Cynthia Lummis_____ and shows the following in support of this petition.

Wyoming's Voice, LLC Members

&

*On Behalf of the Wyoming Citizens*

**Request for oral argument   SEE ATTACHMENT**

**Seventh Judicial District Court of Natrona County, Wyoming**
**115 N Center St.**
**Casper, Wyoming  82601**
**(307) 235-9266**

## PETITION FOR WRIT OF MANDAMUS, DECLARATORY JUDGMENT, AND PERMANENT INJUNCTION

**Whereas the people of Wyoming, represented by Wyoming's Voice, LLC, with petitioner Jacqueline S Judd of 155 N Fenway St., Casper, WY do here by file a Writ of Mandamus as plaintiffs vs Wyoming House of Representative Cynthia Lummis for oral argument to show cause why she should not be held accountable and charged, for aiding and abetting and by not filing the necessary impeachment process as per her duty of office on a domestic terrorist, namely President of the United States of America Barack Hussein Obama who has not upheld his oath of the constitution of the United States of America,  for the following reasons:**

    a)   Where proof of need is extensive for the safety, welfare, and security of Wyoming Citizens of the United States of America.

    b)   Where Wyoming House of Representative Cynthia Lummis with full knowledge of the dangers to Americans has placed her Wyoming citizens in extremely dangerous and vulnerable positions to terrorists.

    c)   Where due to negligence Wyoming House of Representative, with full knowledge, has allowed the citizens of Wyoming to fear for the compromising of, and for the depletion of liberties and freedoms due to domestic terrorist Barack Hussein Obama, currently residing, managing, and controlling the United States of America, and plunging the American people into a communist country, rather than a republic, as per the constitution of the United States of America.

    d)   Where Wyoming House of Representative Cynthia Lummis, with full knowledge, condones and advocates the acquiescing, provocations, miss leading and false statements and actions of Barack Hussein Obama.

    e)   Where Wyoming House of Representative Cynthia Lummis with full knowledge condones and advocates the passing of illegal and unconstitutional laws, bills, and unconstitutional executive orders of Barack Hussein Obama.

    f)   Where Wyoming House of Representative Cynthia Lummis, with full knowledge, condones, advocates, and appeases Barack Hussein Obama's illegal birth records, fraudulent SS card, and fraudulent civil service records, and misrepresentation of his true identity.

    g)   Where Wyoming House of Representative Cynthia Lummis, with full knowledge, condones, advocates, and recognizes the illegal and unconstitutional funding, aiding and abetting of foreign enemies.

**Seventh Judicial District Court of Natrona County, Wyoming**
**115 N Center St.**
**Casper, Wyoming 82601**
**(307) 235-9266**

## PETITION FOR WRIT OF MANDAMUS, DECLARATORY JUDGMENT, AND PERMANENT INJUNCTION

h) Where Wyoming House of Representative Cynthia Lummis has ignored, advocated, and protected Barack Hussein Obama in favoring witnesses treatment and consideration in return for their silence or false testimony, or rewarding individuals for their silence or false testimony.

i) Where Wyoming House of Representative Cynthia Lummis, with full knowledge, condones and favors Barack Hussein Obama's miss use of powers, unconstitutional statements and miss leading conducts, unlawful inquiries, or contravening the laws governing agencies of the executive branch and the purposed of these agencies.

j) Where Wyoming House of Representative Cynthia Lummis, with full knowledge, condones and supports the illegal and unconstitutional immigration laws, placing Americans in undignified positions, unnecessary job competition, and lack of needed funds, and yields them to immigrants in place of needy Americans.

k) Where Wyoming House of Representative Cynthia Lummis' continual (in years), refusal, nonresponse, and total disregard of her constituents requests, pleads, and demands to file the impeachment process and charges upon Barack Hussein Obama for his tyrannical and treasonous actions in contrast to America, American Citizens, and the constitution of the United States of America.; non-compliance of, and continual disrespect and contempt to the laws of the constitution of the United States of America.

l) Where Wyoming House of Representative Cynthia Lummis, with full knowledge, condones and supports the use of Executive privilege to block Congress from getting documents relating to the DOJ's Operation Fast and Furious and the death of U.S. Border Patrol Brian Terry.

m) Where Wyoming House of Representative Cynthia Lummis, with full knowledge, condones and supports of Barack Hussein Obama's members of his administration provide false information about the act of terrorism committed in Benghazi, Libya on September 11, 2012 and refusing to allow the State Department and other federal agencies to cooperate in the Congressional investigation.

n) Where Wyoming House of Representative Cynthia Lummis, with full knowledge, condones and supports of Barack Hussein Obama's refusal to order an independent investigation of the actions of Eric Holder and the DOJ in targeting the phone records of members of the news media.

o) Where Wyoming House of Representative Cynthia Lummis, with full knowledge, condones and supports Barack Hussein Obama telling the American people on a television show that the NSA was not prying into the emails and phone calls of Americans when the facts prove otherwise.

**Seventh Judicial District Court of Natrona County, Wyoming**
**115 N Center St.**
**Casper, Wyoming 82601**
**(307) 235-9266**

## PETITION FOR WRIT OF MANDAMUS, DECLARATORY JUDGMENT, AND PERMANENT INJUNCTION

p) Where Wyoming House of Representative Cynthia Lummis, with full knowledge of the oath of office of the President of the United States, which requires him to preserve, protect and defend the Constitution. This obviously includes what may be the most important part of the Constitution, the Bill of Rights. Barack Hussein Obama has repeatedly violated his oath of office by seeking to limit both the individual rights and the rights of the States guaranteed in the first ten amendments to the Constitution. Specific actions include, but are not necessarily limited to:

**A.** Having the Department of Health and Human Services order religious institutions and businesses owned by religious families to provide their employees free contraception and other services that are contrary to their religious beliefs. This is being done under the auspices of the Affordable Health Care Act and violates the religious freedom clauses of the First Amendment.

**B.** Having the military place restrictions on the religious freedom of Chaplains and other members of the military in order to favor gay rights advocates and atheists in violation of the First Amendment.

**C.** Having the military place restrictions on the freedom of speech of members of the military and the civilian employees of the DOD in violation of their rights under the First Amendment.

**D.** Using Executive orders and government agency actions to limit Second Amendment rights. This includes actions by the Veterans Administration to disarm American veterans without due process as required by the Fifth Amendment.

**E.** Having the National Security Agency intercept and monitor the private communications of millions of Americans without a court order and in violation of the Fourth Amendment.

**F.** Joining with foreign governments in lawsuits against sovereign U.S. states to prohibit them from enforcing immigration laws. This is in violation of the Tenth Amendment.

**G.** Filing suits under the Voting Rights Act against sovereign U.S. states to prevent them from enforcing Voter ID laws despite rulings by the Supreme Court upholding these laws. This is another violation of the Tenth Amendment and the balance of powers.

**H.** Having the IRS propose new regulations on conservative 501 (C ) (4) organizations to limit their freedom of speech and political activities during election cycles in violation of the First Amendment to the Constitution.

**I.** Having the FCC prepare new rules on internet neutrality in violation of the ruling by the U.S. Supreme Court striking down such regulations.

**Seventh Judicial District Court of Natrona County, Wyoming**
**115 N Center St.**
**Casper, Wyoming 82601**
**(307) 235-9266**

## PETITION FOR WRIT OF MANDAMUS, DECLARATORY JUDGMENT, AND PERMANENT INJUNCTION

**J.**   Having the FCC institute a plan to place agents in newsrooms of radio and television stations as well as print media to monitor whether they are providing the "proper" news content to the public, a direct violation of the First Amendment to the Constitution.

**K.**  Having the Secretary of State sign the U.N. Small Arms Treaty despite the opposition of a majority of the U.S. Senate and with full awareness that the implementation of the treaty would violate the Second Amendment rights of American citizens.

q)   Where Wyoming House of Representative Cynthia Lummis, with full knowledge, condones and supports of Barack Hussein Obama falsely labeled the mass murder of American soldiers at Ft. Hood, Texas as "workplace violence" instead of the act of Islamic terrorism it was.

r)   Where Wyoming House of Representative Cynthia Lummis, with full knowledge, has not upheld her oath of office as per the Wyoming Constitution as stated above and below.

s)   Where Wyoming House of Representative Cynthia Lummis, should be held accountable for not complying with the rules and regulations set forth for of her position as House of Representative of Wyoming, and her disregard, and separation of the Wyoming citizens whom she currently serves.

1.   Whereas House of Representative Cynthia Lummis is in violation of 5 U.S.C. 7311 which explicitly makes it a federal criminal offense (and a violation of oath of office) for anyone employed in the United States Government (including members of Congress) to "advocate the overthrow of our constitutional form of government".

2.   Whereas House of Representative Cynthia Lummis be subject to, and held accountable to satisfy the People of Wyoming and the Natrona Seventh Judicial District Court, or be subject to impeachment as per Article III Section 16 & 18 of the Wyoming Constitution.

*[signature]*
**Plaintiff**

Dated this 20th Day of March 2015

STATE OF WYOMING

COUNTY OF: _Natrona_

Signed to and sworn to (or affirmed) before me on _March 20, 2015_

By _Jacqueline S Judd_

(Seal)

_[signature]_
Notary Public   Deputy Clerk

My term of office expires
My commission expires _January 7, 2018_



3/20/2015                          WYUSER - Case View - CV-099042

---

**Success**                                                                    ✕
- The save was successful.

---

### Case View - CV-099042

#### Case Information

| | | | |
|---|---|---|---|
| Case Title | Jacqueline S Judd vs Wyoming House of Representative Cynthia Lummis | | |
| Case Type | Civil - Simple Civil - Writ of Mandamus | Filed Date | 03-20-2015 09.55 AM |
| Status | Open | Next Hearing | |
| Status Date | 03-20-2015 09:55 AM | File Location | |
| Judge | Hon. Daniel Forgey | | |
| Alt Case Number | | | Edit |

#### Additional Civil Fields
Amount In
Controversy

#### Parties / Participants

| Role | Name | Status | Served Date | Answered Date | Attorney |
|---|---|---|---|---|---|
| No records were found. | | | | | |

#### Docket Sheet

| Sequence # | Filed Date | Docket Entry Type | Description | | Submitted By |
|---|---|---|---|---|---|
| No records were found. | | | | | |



FILED

MAR 2 0 2015

Gen Turia Clerk of District Court

By _____
                              Deputy



IN THE DISTRICT COURT, SEVENTH JUDICIAL DISTRICT

STATE OF WYOMING, COUNTY OF NATRONA

Case # 99042 - A

Jacqueline S Judd
Plaintiff

vs.

Cynthia Lummis
Defendant

FILED
APR 01 2015
Gen Tums Clerk of District Court
By: Camdice Ford
Deputy

PRECIPE

The Clerk of the District Court will please issue _a summons to_
_Cynthia Lummis & the Writ of Mandamus_
_case # 99042 to appear in court to_
_answer to the violations of Article II,_
_Section Twenty (20) of the Wyoming_
_Constitution for oral argument._

April 1, 2015
Date

Jacqueline S Judd
Attorney Plaintiff



SUMMONS IN A CIVIL ACTION

STATE OF WYOMING
COUNTY OF *Natrona* } SS

IN THE DISTRICT COURT
*Seventh* JUDICIAL DISTRICT

Civil Action No. *99042*

Jacqueline S Judd
155 N Fenway St.
Casper, WY 82601

CIVIL PROCESS
APR 07 2015
LARAMIE COUNTY
SHERIFF'S DEPARTMENT

Plaintiff—,

vs.

Cynthia Lummis
2120 Capitol Ave
Suite 8005
Cheyenne, WY 82001

SUMMONS

F I L E D
APR 13 2015

Gen Tuma Clerk Of District Court

By _____ Deputy

Defendant—.

To the above named defendant—: *Cynthia Lummis to appear in Court*
*at 115 N Center St, Casper, WY 82601 for violations*
*of Article VI, Section Twenty (20) of the Wyoming*
*Constitution + show cause to your constitents .*

    YOU ARE HEREBY SUMMONED and required to file with the Clerk and serve upon the Plaintiff's attorney an answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. (If service upon you is made outside of the State of Wyoming, you are required to file and serve your answer to the Complaint within 30 days after service of this Summons upon you, exclusive of the day of service). If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Dated *April 1,* _____ 2015

(Seal of District Court)

GEN TUMA

_____
Clerk of Court.

By: *Candice Ford*
Deputy Clerk.

_____
*Jacqueline S Judd*
Attorney for Plaintiff
*155 N Fenway, Casper, WY 82601*
Address

**FILED**

APR 1 3 2015

Gen Yuma Clerk Of District Court

By _~signature~_ Deputy

**R E T U R N**

STATE OF WYOMING }
COUNTY OF Laramie } ss

TO BE USED BY WYOMING SHERIFF, UNDER SHERIFF OR DEPUTY

I, _DJ Hudson_ (Deputy)..., Sheriff in and for said County of _Laramie_, in the State aforesaid, do hereby certify that I received the within Summons, together with a copy of the Complaint filed in the above entitled matter, and that I served the same in the County aforesaid on the _9_ day of _April (058)_, 20 _2015_ by delivering a copy of the same, together with a copy of the Complaint, to _Nancy Russel (Field Representative For Cynthia Lummis), Personally And In Person At Her Usual Place Of Employment._

Danny L Glick
Sheriff

By: _~signature~_ 67
Deputy Sheriff

Sheriff's fees:   Service,   $..............;   Return   $..............

Mileage,   $..............;   Total   $..............

**APPOINTMENT TO SERVE SUMMONS**

At the request of the Plaintiff and in compliance with Rule 4(c)-(i) of the Wyoming Rules of Civil Procedure. I hereby appoint ................................................ of ..................................... a person duly qualified, to serve the foregoing Summons.

( S E A L )   ............................................ Clerk of Court

By: ..............................
Deputy Clerk

**AFFIDAVIT OF SERVICE**

STATE OF ..................... }
COUNTY OF ..................... } SS.

TO BE USED BY A PERSON OTHER THAN WYOMING SHERIFF, UNDER SHERIFF OR DEPUTY

..........................................................., being first duly sworn, on oath deposes and says that he is the identical person appointed by the Clerk of Court as above shown to make service of Summons issued in the foregoing action; that he is over the age of 21 years and is not a party to the foregoing action or interested therein, and that he made service of said Summons in the County aforesaid on the ................ day of ....................., 19......, by delivering a copy of the same, together with a copy of the Complaint, to ...................................

Subscribed and sworn to before me this ............ day of ................., 19......
My Commission Expires:

..............................
Notary Public

E

STATE OF WYOMING      )                  IN THE DISTRICT COURT
                           ) ss

COUNTY OF __Natrona__   )      __Seventh__   JUDICIAL DISTRICT

Plaintiff/Petitioner: __Jacqueline S Judd__   )   Civil Action Case No. __CV-99042__
              (Print name of person filing)   )

vs.                        )

Defendant/Respondent: __Cynthia Lummis__   )
              (Print name of other party)

**FILED**

**APR 1 3 2015**

Gen Tuma, Clerk Of District Court

By _[signature]_

Deputy

## MOTION FOR AN ORDER TO SHOW CAUSE

The Movant seeks an ORDER TO SHOW CAUSE for violation(s) regarding: (check all applicable boxes) ☐ VISITATION AND/OR ☐ CUSTODY AND/OR ☐ CHILD SUPPORT AND/OR ☒ OTHER: (explain) __In violation of the Wyoming Constitution, Article VI__

__Section 20 of the Wyoming Constitution, & show cause as per filing of Writ of Mandamus of 3/20/2015__

1.   The Movant hereby moves the Court for an order directing the above ☐ Plaintiff/Petitioner OR ☒ Defendant/Respondent to appear and show cause why he or she should not be held in contempt for violation of an Order dated _____ (☒ a copy of the order is attached) wherein Movant was granted ☐ visitation OR ☐ custody OR ☐ child support OR ☒ other: __Violation of Article VI, Section 20 of the Wyoming Constitution__

2.   In support of the Motion, Movant alleges and says that ☐ Plaintiff/Petitioner OR ☒ Defendant/Respondent has violated the Order in the following specific ways: _____

_____

_____

_____

☐ Attach additional sheet of paper if needed.

WHEREFORE, MOVANT respectfully requests the following:

1.     That an Order to Show Cause be issued directing ☐ Plaintiff/Petitioner OR ☐ Defendant/Respondent to appear before the court and Show Cause why he or she should not be found in contempt of court for violation of the Order as alleged.

2.     That the Court enforce the Order.

3.     That (explain anything else you would like the Court to do) _subpoena defendant_
Cynthia Lummis to appear in court before the people to answer the people's questions and charges .

4.     For such other and further relief as the Court deems just and proper.

DATED this __13^th__ day of __April__, 20_15_
            (day)              (month)                (year)

_Jacqueline S Judd_
Signature
Printed Name:  Jacqueline S Judd
Address:  155 N Fenway St., Casper, WY 82601

Phone Number:_ (307) 247-4222_

STATE OF __Wyoming__          **VERIFICATION**
                        ) ss.
COUNTY OF __Natrona__)

I, __Jacqueline S Judd__, being duly sworn, depose and say that I am the Movant in the foregoing action, that I have read the foregoing MOTION FOR AN ORDER TO SHOW CAUSE and am familiar with the contents, that the contents are true to the best of my own knowledge except as to those matters as may be alleged upon information and belief.

_Jacqueline S Judd_
Movant's signature

Sworn to and subscribed before me, this_13_day of _April_, 20_15_

GERI TOMA

My term of office expires
January 7, 2019.                    Notarial Officer
My commission expires:_____     DEPUTY CLERK OF COURT.

STATE OF WYOMING )
) ss
COUNTY OF __Natrona__ )

Plaintiff/Petitioner: __Jacqueline S Judd__ .)
(Print name of person filing) )
)
vs. )
)
Defendant/Respondent: __Cynthia Lummis__ .)
(Print name of other party)

IN THE DISTRICT COURT

__Seventh__   JUDICIAL DISTRICT

Civil Action Case No. __CV-99042__

FILED

APR 1 3 2015

Gen Tuma Clerk Of District Court
By_____ Deputy

## AFFIDAVIT IN SUPPORT OF ORDER TO SHOW CAUSE

I, __Jacqueline S Judd__ (print your name) states that __Cynthia Lummis__ (print other

party's name) has failed to comply with an order of this court as follows:

### PRINT CLEARLY OR TYPE

1. On __April 1, 2015__ (date), an Order was signed by this court ordering the other

party to do the following:  (Briefly summarize the parts of the Order that you contend have not been

followed.)

__Cynthia Lummis did not comply with the order to appear in court to show cause to the charges filed__

__against defendant, for violations of her oath of office, Article 6, Section 20 of the Wyoming Constitution, and answer__

__to the people the charges in question as per the Writ of Mandamus filed on March 20. 2015.__

☐ Attach additional sheet of paper if needed.

2.    Identify exactly what the other party has done, or failed to do, in violation of the Order.

__Cynthia Lummis was scheduled for court, failed to comply with the orders to appear, and is in violation of__

__the court order to appear, and has intentionally disobeyed the order.__

☐ Attach additional sheet of paper if needed.

3.     There has not been a stay of execution or modification of the Order.

4.     The other party has knowledge of the Order, has the ability to comply with the Order, and has intentionally and willfully disobeyed the Order.

5.     The actions of the other party are contrary to the Order of this court.

6.     I request this court issue an order to the other party to appear before the court at a specific date and time for a hearing to show cause why there has been a failure and/or refusal to comply with the Order of this court.

Submitted this (date): _13th_ day of _April_____, 20 _15_.

Signature

Printed Name:   Jacqueline S Judd

Address:   155 N Fenway St., Casper, WY  82601

Phone Number:  (307) 247-4222

STATE OF _Wyoming_ )
                                        ) ss.
COUNTY OF _Natrona_ )

Subscribed and sworn to before me by _____, this _13_ day of _April_____, 20 _15_  .

Witness my hand and official seal.

GEN TUMA

My term of office expires
January 7, 2019

Notarial Officer

DEPUTY CLERK OF COURT

My commission expires:_____

_Affidavit in Support of Order to Show Cause_
_July 2014_
_Page 2 of 2_



US OFFICE PRODUCTS

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT

NATRONA COUNTY, WYOMING

FILED

APR 1 7 2015

Gen Tuma Clerk Of District Court

By: _____ Deputy

JACQUELINE JUDD,                )
                                )
            Petitioner,         )
                                )
vs.                             )      Civil Action No. 99042-A
                                )
CYNTHIA LUMMIS,                 )
                                )
            Respondent.         )

## ORDER DENYING MOTION FOR AN ORDER TO SHOW CAUSE

This matter is before the court on the petitioner's Motion For An Order To Show Cause, filed April 13, 2015. The motion is a bit confusing as to what basis the petitioner would have the court rely on to properly issue an order to show cause in that it alleges the respondent violated a particular constitutional provision, as opposed to a court order that is enforceable by contempt, and requests that the court "subpoena" the respondent to appear in court to answer "the people's questions and charges." The affidavit submitted in support of the motion is similarly confusing in that it states that the respondent did not "comply with the order to appear in court to show cause to the charges filed against" the respondent and that the respondent "was scheduled for court, failed to comply with the orders to appear, and is in violation of the court order to appear, and has intentionally disobeyed the order." The court has not at this time issued any order for the respondent to appear and has not otherwise scheduled this matter. The court finds that the petitioner has not alleged a sufficient basis for the court to issue an order to show cause and the petitioner's motion should therefore be denied.

THEREFORE, it is hereby ORDERED, that the petitioner's Motion

1

For An Order To Show Cause is DENIED.

DATED this ⊥⊤ day of April 2015.

_____
District Judge

Copies to:   Petitioner

2