*Judicial District*

**Seventh ~~Circuit~~ Court of Natrona County, Wyoming**
**115 N Center St.**
**Casper, Wyoming  82601**
**(307) 235-9266**

FILED

MAR 2 0 2015

Gen Tuma Clerk of District Court

By: _____
Deputy

| | | |
|---|---|---|
| Ex Parte   Wyoming's Voice, LLC | ) | |
| **Petitioner** | ) | |
| | ) | |
| RE:   Jacqueline S Judd | ) | Case No. __099042__ |
| **Plaintiff** | ) | |
| | ) | |
| v.  Wyoming House of Representative Cynthia Lummis | | |
| **Defendant** | ) | |

---

## PETITION FOR WRIT OF MANDAMUS, DECLARATORY JUDGMENT, AND PERMANENT INJUNCTION

Comes now  _The Citizens of the State of Wyoming_  petitions the above-named Court for a writ of mandamus to  _the Defendant, House of Representative Cynthia Lummis_  of  __Wyoming House of Representative Cynthia Lummis_____  and shows the following in support of this petition.

<br>

**Wyoming's Voice, LLC Members**

**&**

*On Behalf of the Wyoming Citizens*

<br>

**Request for oral argument   SEE ATTACHMENT**

**Seventh Judicial District Court of Natrona County, Wyoming**
**115 N Center St.**
**Casper, Wyoming 82601**
**(307) 235-9266**

## PETITION FOR WRIT OF MANDAMUS, DECLARATORY JUDGMENT, AND PERMANENT INJUNCTION

**Whereas the people of Wyoming, represented by Wyoming's Voice, LLC, with petitioner Jacqueline S Judd of 155 N Fenway St., Casper, WY do here by file a Writ of Mandamus as plaintiffs vs Wyoming House of Representative Cynthia Lummis for oral argument to show cause why she should not be held accountable and charged, for aiding and abetting and by not filing the necessary impeachment process as per her duty of office on a domestic terrorist, namely President of the United States of America Barack Hussein Obama who has not upheld his oath of the constitution of the United States of America, for the following reasons:**

    a)    Where proof of need is extensive for the safety, welfare, and security of Wyoming Citizens of the United States of America.

    b)    Where Wyoming House of Representative Cynthia Lummis with full knowledge of the dangers to Americans has placed her Wyoming citizens in extremely dangerous and vulnerable positions to terrorists.

    c)    Where due to negligence Wyoming House of Representative, with full knowledge, has allowed the citizens of Wyoming to fear for the compromising of, and for the depletion of liberties and freedoms due to domestic terrorist Barack Hussein Obama, currently residing, managing, and controlling the United States of America, and plunging the American people into a communist country, rather than a republic, as per the constitution of the United States of America.

    d)    Where Wyoming House of Representative Cynthia Lummis, with full knowledge, condones and advocates the acquiescing, provocations, miss leading and false statements and actions of Barack Hussein Obama.

    e)    Where Wyoming House of Representative Cynthia Lummis with full knowledge condones and advocates the passing of illegal and unconstitutional laws, bills, and unconstitutional executive orders of Barack Hussein Obama.

    f)    Where Wyoming House of Representative Cynthia Lummis, with full knowledge, condones, advocates, and appeases Barack Hussein Obama's illegal birth records, fraudulent SS card, and fraudulent civil service records, and misrepresentation of his true identity.

    g)    Where Wyoming House of Representative Cynthia Lummis, with full knowledge, condones, advocates, and recognizes the illegal and unconstitutional funding, aiding and abetting of foreign enemies.

**Seventh Judicial District Court of Natrona County, Wyoming**
**115 N Center St.**
**Casper, Wyoming 82601**
**(307) 235-9266**

## PETITION FOR WRIT OF MANDAMUS, DECLARATORY JUDGMENT, AND PERMANENT INJUNCTION

h) Where Wyoming House of Representative Cynthia Lummis has ignored, advocated, and protected Barack Hussein Obama in favoring witnesses treatment and consideration in return for their silence or false testimony, or rewarding individuals for their silence or false testimony.

i) Where Wyoming House of Representative Cynthia Lummis, with full knowledge, condones and favors Barack Hussein Obama's miss use of powers, unconstitutional statements and miss leading conducts, unlawful inquiries, or contravening the laws governing agencies of the executive branch and the purposed of these agencies.

j) Where Wyoming House of Representative Cynthia Lummis, with full knowledge, condones and supports the illegal and unconstitutional immigration laws, placing Americans in undignified positions, unnecessary job competition, and lack of needed funds, and yields them to immigrants in place of needy Americans.

k) Where Wyoming House of Representative Cynthia Lummis' continual (in years), refusal, nonresponse, and total disregard of her constituents requests, pleads, and demands to file the impeachment process and charges upon Barack Hussein Obama for his tyrannical and treasonous actions in contrast to America, American Citizens, and the constitution of the United States of America.; non-compliance of, and continual disrespect and contempt to the laws of the constitution of the United States of America.

l) Where Wyoming House of Representative Cynthia Lummis, with full knowledge, condones and supports the use of Executive privilege to block Congress from getting documents relating to the DOJ's Operation Fast and Furious and the death of U.S. Border Patrol Brian Terry.

m) Where Wyoming House of Representative Cynthia Lummis, with full knowledge, condones and supports of Barack Hussein Obama's members of his administration provide false information about the act of terrorism committed in Benghazi, Libya on September 11, 2012 and refusing to allow the State Department and other federal agencies to cooperate in the Congressional investigation.

n) Where Wyoming House of Representative Cynthia Lummis, with full knowledge, condones and supports of Barack Hussein Obama's refusal to order an independent investigation of the actions of Eric Holder and the DOJ in targeting the phone records of members of the news media.

o) Where Wyoming House of Representative Cynthia Lummis, with full knowledge, condones and supports Barack Hussein Obama telling the American people on a television show that the NSA was not prying into the emails and phone calls of Americans when the facts prove otherwise.

**Seventh Judicial District Court of Natrona County, Wyoming**
**115 N Center St.**
**Casper, Wyoming  82601**
**(307) 235-9266**

## PETITION FOR WRIT OF MANDAMUS, DECLARATORY JUDGMENT, AND PERMANENT INJUNCTION

p)   Where Wyoming House of Representative Cynthia Lummis, with full knowledge of the oath of office of the President of the United States, which requires him to preserve, protect and defend the Constitution. This obviously includes what may be the most important part of the Constitution, the Bill of Rights. Barack Hussein Obama has repeatedly violated his oath of office by seeking to limit both the individual rights and the rights of the States guaranteed in the first ten amendments to the Constitution.   Specific actions include, but are not necessarily limited to:

**A.**   Having the Department of Health and Human Services order religious institutions and businesses owned by religious families to provide their employees free contraception and other services that are contrary to their religious beliefs. This is being done under the auspices of the Affordable Health Care Act and violates the religious freedom clauses of the First Amendment.

**B.**   Having the military place restrictions on the religious freedom of Chaplains and other members of the military in order to favor gay rights advocates and atheists in violation of the First Amendment.

**C.**   Having the military place restrictions on the freedom of speech of members of the military and the civilian employees of the DOD in violation of their rights under the First Amendment.

**D.**   Using Executive orders and government agency actions to limit Second Amendment rights. This includes actions by the Veterans Administration to disarm American veterans without due process as required by the Fifth Amendment.

**E.**   Having the National Security Agency intercept and monitor the private communications of millions of Americans without a court order and in violation of the Fourth Amendment.

**F.**   Joining with foreign governments in lawsuits against sovereign U.S. states to prohibit them from enforcing immigration laws. This is in violation of the Tenth Amendment.

**G.**   Filing suits under the Voting Rights Act against sovereign U.S. states to prevent them from enforcing Voter ID laws despite rulings by the Supreme Court upholding these laws. This is another violation of the Tenth Amendment and the balance of powers.

**H.**   Having the IRS propose new regulations on conservative 501 (C ) (4) organizations to limit their freedom of speech and political activities during election cycles in violation of the First Amendment to the Constitution.

**I.**   Having the FCC prepare new rules on internet neutrality in violation of the ruling by the U.S. Supreme Court striking down such regulations.

**Seventh Judicial District Court of Natrona County, Wyoming**
**115 N Center St.**
**Casper, Wyoming 82601**
**(307) 235-9266**

## PETITION FOR WRIT OF MANDAMUS, DECLARATORY JUDGMENT, AND PERMANENT INJUNCTION

**J.**   Having the FCC institute a plan to place agents in newsrooms of radio and television stations as well as print media to monitor whether they are providing the "proper" news content to the public, a direct violation of the First Amendment to the Constitution.

**K.**  Having the Secretary of State sign the U.N. Small Arms Treaty despite the opposition of a majority of the U.S. Senate and with full awareness that the implementation of the treaty would violate the Second Amendment rights of American citizens.

q)   Where Wyoming House of Representative Cynthia Lummis, with full knowledge, condones and supports of Barack Hussein Obama falsely labeled the mass murder of American soldiers at Ft. Hood, Texas as "workplace violence" instead of the act of Islamic terrorism it was.

r)   Where Wyoming House of Representative Cynthia Lummis, with full knowledge, has not upheld her oath of office as per the Wyoming Constitution as stated above and below.

s)   Where Wyoming House of Representative Cynthia Lummis, should be held accountable for not complying with the rules and regulations set forth for of her position as House of Representative of Wyoming, and her disregard, and separation of the Wyoming citizens whom she currently serves.

**1.**  **Whereas House of Representative Cynthia Lummis is in violation of 5 U.S.C. 7311 which explicitly makes it a federal criminal offense (and a violation of oath of office) for anyone employed in the United States Government (including members of Congress) to "advocate the overthrow of our constitutional form of government".**

**2.**  **Whereas House of Representative Cynthia Lummis be subject to, and held accountable to satisfy the People of Wyoming and the Natrona Seventh Judicial District Court, or be subject to impeachment as per Article III Section 16 & 18 of the Wyoming Constitution.**

**Plaintiff**

Dated this 20th Day of March 2015

STATE OF WYOMING

COUNTY OF: Natrona

Signed to and sworn to (or affirmed) before me on March 20, 2015

By Jacqueline S Judd

(Seal)

Notary Public   Deputy Clerk

My term of office expires

My commission expires January 7, 2018