# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FILED
DISTRICT COURT
DISTRICT OF WYOMING
2015 MAY 12  PM 1 23
STEPHAN HARRIS, CLERK
CASPER

Jacqueline S Judd   )
                   )
   Plaintiff     )
                   )   Civil Case No:  2:15cv0064SWS
                   )
VS              )
                   )
Cynthia Lummis   )
                   )   **MOTION TO SET HEARING**
   Defendant  )
_____)

**NOW COMES** the undersigned, as recorded for the Plaintiff Jacqueline S Judd, and hereby moves for an Order of this Court scheduling a hearing on her Motion to Set a Hearing for the above case, which was filed on March 20, 2015.

**THEREFORE**, the undersigned respectfully requests that this Court grant an Order for a Hearing on her Motion for Hearing concerning the allegations in the Writ of Mandamus against the defendant Cynthia Lummis.

_Jacqueline S. Judd_
Plaintiff

___May 12, 2015___
DATE