IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2015 MAY 27 PM 1 51
STEPHAN HARRIS, CLERK
CASPER

| | |
|---|---|
| JACQUELINE S. JUDD,<br><br>    Plaintiff,<br><br>vs.<br><br>CYNTHIA LUMMIS,<br><br>    Defendant. | Case No.  2:15-CV-0064-SWS |

### ORDER DENYING MOTION TO SET HEARING

This matter comes before the Court on Plaintiff's *Motion to Set Hearing* (ECF No. 9), requesting this Court schedule a hearing "on her Motion for Hearing concerning the allegations in the Writ of Mandamus against the defendant." On March 20, 2015, Plaintiff filed a *Petition for Writ of Mandamus, Declaratory Judgment, and Permanent Injunction* against Defendant Cynthia Lummis, U.S. House Representative for the state of Wyoming, in the District Court of the 7th Judicial District, Natrona County, Wyoming. Defendant Congresswoman Lummis removed the action to this Court on April 29, 2015.

Plaintiff's request for hearing in this matter is premature as Defendant's response to the Petition has not been filed and is not yet due. (*See* ECF No. 6.) Plaintiff is advised that this case will proceed according to the Federal Rules of Civil Procedure, and this Court's Local Civil Rules (which can be found at *http://www.wyd.uscourts.gov/*), and pro

se parties are expected to follow the same rules of procedure that govern other litigants. *Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994). THEREFORE, it is hereby

ORDERED that Plaintiff's *Motion to Set Hearing* (ECF No. 9) is DENIED.

Dated this 27th day of May, 2015.

Scott W. Skavdahl
United States District Judge