# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2015 JUN 18 AM 10 40
STEPHAN HARRIS, CLERK
CASPER

Jacqueline S Judd )
)
Plaintiff )
)
) Civil Case No: 2:15cv0064SWS
)
vs )
)
Cynthia Lummis )
) **MOTION TO SET HEARING**
)
Defendant )
_____)

NOW COMES the undersigned, as recorded for the Plaintiff Jacqueline S. Judd, and hereby moves for an Order of this Court scheduling a hearing on her Motion to Set a Hearing for the above case, which was filed as a petition of Writ of Mandamus on March 20, 2015.

THEREFORE, the undersigned respectfully requests that this Court grant an Order for a Hearing on her Motion for Hearing rather than dismissal for the sake of the people, concerning the allegations in the Writ of Mandamus against the defendant Cynthia Lummis for reasons stated below:

That House of Representative Cynthia Lummis has resided and carried out her duties (in part) as the representative for Wyoming in Washington DC, and the state of Wyoming, and has been aware of, had knowledge of, and documentation of the provocations, miss leading, false, and fraudulent acts, speeches, and implantation of all illegal and unconstitutional proceedings and actions of the president of the United States of America, namely Barack Hussein Obama.

That Jacqueline S. Judd is a representative for the people of the state of Wyoming, and CEO/Founder of Wyoming's Voice, residing in the state of Wyoming. That Jacqueline S. Judd is requesting a hearing with the defendant House of Representative Cynthia Lummis to show cause to the people why she should remain the representative for the people of the state of Wyoming for her part in the aiding and abetting of the domestic terrorist, Barack Hussein Obama and not upholding her oath of office for the following reasons and more:

In which Jacqueline S Judd holds ample proof in documentation, audio, video, and media and witnesses in which America's constitution, and Americans liberties and freedoms are being strangled and depleted by Barack Hussein Obama and his administration, by implementing and carrying out illegal and unconstitutional laws, bylaws, regulations, acts, and decrees, where his actions, illegal and unconstitutional executive orders reflect only those of socialist and communist rule and instructions in direct opposition and conflict of the Constitution of the United States Republic.

That Jacqueline S Judd and her Wyoming citizens can and will prove in the Unites States District Court of Wyoming, that Barack Hussein Obama is in fact a domestic terrorist according to the constitution of the United States of America, and the state of Wyoming, and House of Representative Cynthia Lummis has not upheld her oath of office by carrying out the impeachment process, and filing criminal charges on Barack Hussein Obama's domestic terrorist against the United States of America.  For House of Representative Cynthia Lummis to show cause why her part in aiding and abetting the enemy while he has been engaging in the commission of crimes against the people and our country of the United States of America; and why she should not be held accountable, fined, or imprisoned for the afore and below mentioned.

That there is ample proof in documentation, audio, video, and media and witnesses in which Barack Hussein Obama has supplied arms, funds, aids and abets the enemies of the United States of America; passed illegal laws, illegal immigration laws, and numerous other unconstitutional and illegal acts against the constitution of the United States of America, which has proven to put the American people in vital and grave danger.  That there is ample documentation, audio, video, and media and witnesses of proof in numerous other allegations of illegal actions, scams, and speeches that Barack Hussein Obama has engaged in while in office as the President of the United States of America since his first and second term in office of 2008 and 2012. That this and more can and will be proved in a court of law that has subjected not ONE individual citizen of this United States of America; yet ALL the people who reside in the state of Wyoming and this country of the United States of America, which has become unsafe and unsecure now and in the future.

In fact, with the exception of the Obamacare, all laws that is/has been written, implemented, and adhered to, affects and injures ALL the people, whether legal, or illegal, constitutional, or unconstitutional.  Therefore, when these laws or injustices are implemented against the people of the United States of America, it includes ALL the people, not merely ONE individual citizen of our country.

According to Article III Section 16 and 18 of the Wyoming Constitution, which grants the people the right to impeach and or file criminal charges on members of the legislators. House of Representative Cynthia Lummis is in violation of Article VI Section 20 of the Wyoming Constitution for not upholding her oath of office as she swore to uphold by the United States Constitution. By not filing the impeachment process on the Socialist and Communist mindset of power of Barack Hussein Obama, his blatant disregard for the constitution of the United States, and all his violations mentioned above, threatens the very lives, safety, freedoms, values, liberties of the People of the United States of America, which has continually harmed all Americans in the process, and more, have all been impeachable and criminal offenses that has been disregarded by House of Representative Cynthia Lummis.

Jacqueline S. Judd and other Wyoming residents intend to prove to the United States District Court of Wyoming that the House of Representative Cynthia Lummis could have obtained all necessary documentation, audio, video, and media and witnesses of proof needed to impeach and file criminal charges against Barack Hussein Obama without the assistance/insistence of her constituents; yet in fact ignored and refused the pleads and demands of the people of her state, and with blatant disregard for her oath of her office to commence/file the impeachment process and criminal actions on the President of the United States, Barack Hussein Obama.

_____
Plaintiff *(signed: Jacqueline S. Judd)*

___June 18, 2015___
DATE