# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

Jacqueline S Judd

Petitioner

U.S. House of Representative
Cynthia Lummis

Respondent

CASE NO. 2:15-cv00064-SWS

## Motion to Deny Dismissal

Both constitutions, Wyoming State Constitution and the United States Constitution was written for the protection and freedoms of the people and by the people of the United States of America. If abiding by the constitution is not adhered to, then there are no laws or protection to follow for or by the people. The generalized statement and notion that no harm has come to the people, no loss of freedoms, liberties, pursuit of happiness, and placing the American people in jeopardy and danger of the enemies pursuing the people and our country; is not only obnoxious, and absurd to say the least, yet merely leaves question in the people's minds that House of Representative Cynthia Lummis is not adhering to the constitution she swore to uphold; and further lacks knowledge and understanding of its content and meaning to represent the people of Wyoming.

To ignore and or undermine the constitution is like declaring that its existence is null n void and no law of the land is worth the paper it was written on. Article I Section 1 of the Wyoming Constitution (paraphrasing), is abundantly clear in giving the authority to the people, who have the right and duty to alter or abolish the government in such manner as they may think proper for the safety, peace, happiness of the people.

ARTICLE I, SECTION 2, final paragraph of the United States Constitution explicitly states: "The House of Representatives shall choose their Speaker and other Officers; and shall have the sole Power of Impeachment." Therefore, the impeachment process lies solely on the House of Representatives to begin the procedures upon the President of the United States of America when proof is evident that he/she has committed tyrannical and or treasonous acts against the United States of America, its people, and the constitution.

Impeachment is warranted, with criminal charges filed against him/her when a president blatantly over-extends his/her powers beyond what is due to his/her position, as per the outlined powers in ARTICLE II, SECTION 1-4.

As per the Writ of Mandamus petitioned to the United States District Court, Barack Hussein Obama, considered a domestic terrorist of the United States of America, has from the onset of his first term in office of January 20, 2008 to date, July 6, 2015 has; and continues to abuse his powers through illegal and unconstitutional executive orders, be guilty of committing more and more treasonous acts against the American people, and our country of the United States of America and our constitution of the United States of America. As per ARTICLE II, SECTION 4 for treason, bribery, high crimes, and misdemeanors. As per ARTICLE III, SECTION 3 for treason of aiding and abetting and giving comfort to the enemy, and committing total chaos, corruption, and tyranny amongst the people of America.

The people of the state of Wyoming of the United States of America are suffering greatly from piracy of our freedoms and liberties, the privacy due the people, the ruling and dictatorship and communit agenda of Barack Hussein Obama, rather than America the Free Republic. Barack Hussein Obama continually violates our constitutional Amendments, specically, 1st, 2nd, 4th, and 10th, which are continually under scrutiny with illegal unconstitutional laws written and demanded by Barack Hussein Obama in contrary to the Constitution with no impeachment process started to date, July 6, 2015.

In 1968 President Andrew Johnson faced impeachment for one reason; dismissing Secretary of War Edwin M Stanton, replacing his position without the approval of congress; yet was not formally impeached due to lack of one vote. The former President Nixon was impeached in 1974 for one reason; Water Gate, and President Clinton impeached in 1998 for scandals and lying to the court. Barack Hussein Obama has blatantly defied congress, violated and committed numerous upon numerous tyrannical and treasonous acts against the people and the United States of America and its constitution; yet remains in office for over six years with House of Representative Cynthia Lummis' full knowledge of all scandalous, tyrannical and treasonous actions, and misleading of the people of the United States of America. Where House of Representative Cynthia Lummis has ignored the cries, pleas and demands of the people to start the impeachment process for the people and our country, our safety and wellbeing, and with her full knowledge of these violations. House of Representative Cynthia Lummis has aided and abetted the domestic terrorist Barack Hussein Obama, and should be held accountable for her non-compliance of her oath of office as she promised to uphold when she accepted the office for the people of Wyoming.

Therefore, Jacqueline S Judd acting as representative for the people of Wyoming requests dismissal for hearing be denied, and requests a hearing be set for the people of Wyoming of the United States of America for House of Representative Cynthia Lummis to show cause why the people should not take action on her position as House of Representative for Wyoming.

_Jacquelene S. Judd_
PLAINTIFF

_July 6, 2015_
DATE